E-FILED
Thursday, 23 March, 2017  04:29:15 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED

MAR 2 0 2017

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Stone
R-18027
)
)
)
Plaintiff
)
)
vs.
)
)
Justin Hammers
)
S. Donelson
)
Bottrell, Andrew D
)
Clemons, Levorne
)
Counselor Wise
)
)
)
)
)
)
)
, )
)
)
Defendant(s)
)

Case No. 17-1117

*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Michael Stone

Prison Identification Number: R-18027

Current address: Illinois R. River C.C.

P.O. Box 999 Canton, IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Justin Hammers

Current Job Title: Warden

Current Work Address Illinois River C.C.

P.O. Box 999 Canton, IL 61520

Defendant #2:

Full Name: Shane R. Donelson

Current Job Title: Internal Affairs

Current Work Address Illinois River C.C.

Canton, IL 61520

Defendant #3:

Full Name: Counselor Wise

Current Job Title: Two House Counselor

Current Work Address Illinois River C.C.

P.O. Box 999 Canton, IL 61520

Defendant #4:

Full Name: Bottrell, Andrew D

Current Job Title: Hearing Committee

Current Work Address Illinois River C.C.

P.O. Box 999 Canton, IL 61520

Defendant #5:

Full Name: Clemons, Leverne

Current Job Title: Hearing Committee

Current Work Address Unknown

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Illinois River C.C. _____

Date(s) of the occurrence  8 / 7 / 2015

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 8/7/2015 a letter was taken from me during an intel shakedown in the barber shop by internal affairs officers. I was never given a shake down slip but I was called to Operations (IA) Fifteen minutes later where I was questioned by % Donelson about my letter. When I refused to agree with about the dots and quote being a STG code, I was told I was fired from the Barber shop. I asked him could I get a shake down slip for my letter and I was denied and told to leave. I wrote a grievance that same day asking for a copy of the letter and the shake down slip and placed it in the grievance box.

I was given a ticket on 8/8/2015. On 8/14/2015 I was called to the adjustment committee to hear the ticket. I was told to give a statement, which I stated, "My letter didn't have nothing to do with no STG." I explained to them what ellipsis points are and how they tried to separate them, I even brought a book explaining it. I stated I only wrote for manuscripts guide lines. When asked about the book and (that) the letter it didn't say anything about me having a book or trying to get a book published, let alone. try to make some type of business deals. The Lt. Bottrell stated, "So you didn't have no five point stars or nothing in there?" I stated "No, you have the letter you can read it for yourself." They thought I had a gang kite. Lt. Bottrell looked at Levarne Clemons

and asked him did he have the letter and he said, "No, you don't have it?" He looked through the papers and said "no, I don't have it." They told me, "Well Stone, you can go back to your house, you will hear something back from us through the mail."

I made it back to the cell house and went to yard and I was called back to Operations fifteen minutes later. When I walked in the % ask me was I Stone I said yes and he told me I'm going to segregation.

I wrote the counselor asking about the update on the grievance and he wrote me back saying he talk to my four house counselor (Hefferen) and he said I don't have a grievance (see Ex. "A"). I wrote another grievance and waited for the response but never heard anything. During my time in segregation I suffered from anxiety and panic attacks which made it hard for me to sleep. It was hot and we were not allowed to receive our fans. I tried to talk to the psychiatrist and she just tried to put me on meds. I thought I was about to die because it felt like I was having a heart attack. It only got better when I was allowed to go outside. When I came back in I could feel the anxiety coming back. I learned how to meditate harder and did breathing exercises just to calm me down internally to sleep which was for an hour or two due to the noise and banging on doors. It was hell for me.

When I got out of segregation I placed another grievance in the box but again no response so I wrote the counselor over and over again about the issue (see Ex. "B"). When I seen that the grievances in the box don't make it for some reason I wrote another one and decided to give this one to him personally (see E. "C") on 7/7/16 and this is the only grievance I have on record according to Counselor Wise. Again no response. When I talk to Wise, I asked

him" Why is it taking so long for them to respond back to the grievance? He told me it takes time. I asked him could I have something to verify that I did file something on the issue and he told me that he could not do that. He advised me to file another grievance on the issue pertaining to my request to hear back from my grievance which I did on 10/13/16 (see Ex. "D"). I gave this grievance to him and when I seen him on 2/22/17 and asked him about it, he couldn't recall. He told me he don't remember doing nothing with it.

I talked to the Warden Justin Hemmros about the situation when I seen him and he told me to write him and I did. I never got a response.

This institution has a history of not returning grievances (see Ex "E") which is a prior grievance procedure I went through with the same counselors where they did not send me back none of my grievances with a response. I was forced to write Springfield and they sent my papers back because I didn't have a grievance with their response. I complained in my letter to them whats going on down here with the grievance process (see Ex. "E"). Also see affidavits Ex: "H", "I" and "J", where other inmates went through the same thing with this institution and are still going through it. Also included is Disciplinary Report as Ex. "F" and Final Summary Report as Ex. "G".

RELIEF REQUESTED

(State what relief you want from the court.)

As a result of the suffering, pain and lost I experience

and still experiencing from this ordeal. I ask the court to hold them all accountable for my suffering, requesting compensatory and punitive damages in the amount of $100,000.00 for "deliberate indifference." And also for the ticket to be Expunged from my record.

JURY DEMAND          Yes ☑          No ☐

Signed this _____16_____ day of ___March_____, 20_17_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael Stone | R-18027 |
| Address: | Telephone Number: |
|  |  |

Exhibts

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Michael Stowe                    ID #: B-48027    Living Unit: Seg cell 29

Job Assignment: _____        Shift: _____

Please refer to the directory located in your or station manual and address proper personnel.

To: Counselor _____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) grievance

for the purpose of (explain): I filed a grievance on 8/7/15 pertaining to a letter
that was taken from me and I would just like to know the update on it. I
placed it in the 4-house box. Thank you!

_____                    9/10/15
Offender's Signature                          Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) :                Remarks by supervisor (if necessary) : _____

I checked with your old counselor.
He says he does not have a grievance
dated 8/7/15 regarding a letter being
taken.

_____                    _____
Print Staff Name                              Print Supervisor Name

_____    _____         _____    _____
Staff Signature              Date            Supervisor Signature          Date

Distribution:  Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

Exhibit "B"

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Michael Stone                    ID #: B-18027  Living Unit: Z-D-18

Job Assignment: _____         Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: Z-house Counselor _____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): I would just like to state this is not my first request pertaining to this issue I am writing you about. Again I was sent to segregation based on a letter that was not presented at the hearing when I heard my (Back)

_Michael Stone_                              1/12/18
Offender's Signature                          Date

─────────────────────────────────────────────────────────────
**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): _____    Remarks by supervisor (if necessary): _____

_____          _____

_____          _____

_____          _____

_____                            _____
Print Staff Name                                  Print Supervisor Name

_____   _____           _____   _____
Staff Signature          Date                  Supervisor Signature      Date

Distribution:   Affected Unit                                      DOC 0286 (Rev. 4/2010)

*Printed on Recycled Paper*

ticket on 8/14/15, they found me guilty without the evidence. Again I would like to be given a copy of the letter which should be in the files along with the ticket that was wrote on me.

Again I been putting in slips and have not been called out. If possible I would like for you to response back to me through this request. Through the mail on my possibility of getting a copy of the letter.

Thank you!

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 7/7/16 | Offender: (Please Print) Michael Stone | ID#: R-18027 |
|---|---|---|

| Present Facility: Illinois River | Facility where grievance issue occurred: Illinois River |
|---|---|

**NATURE OF GRIEVANCE:**

- ☑ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): Disciplinary proceedings

☑ Disciplinary Report: 8 / 7 / 2015　　Illinois River
　　　　　　　　　　　Date of Report　　　　　Facility where issued

**Note:**　　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

　　**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　**Chief Administrative Officer,** only if EMERGENCY grievance.
　　**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 8/7/2015 a letter was taken from me during a intel shakedown in the Barber shop by IA, I was never given a shake down slip even though I asked for when I was called and asked about it. I was given a ticket for that letter on 8/8/2015 am

On 8/14/2015 I was called to the adjustment committee to hear the ticket.

I was told to give a statement, which I said, "
"My letter didn't have nothing to do with no STG (Gang)"

**Relief Requested:** An explanation why the letter was not presented at my hearing, a copy of the shake down slip and a copy of the letter which was the reason why I was sent to segregation for two→ other side

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _(signature)_ | R-18027 | 7, 1, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

**Counselor's Response** (if applicable)

Date
Received: ___ / ___ / ___　　☐ Send directly to Grievance Officer　　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| _____ | _____ | ___ / ___ / ___ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date
Received: ___ / ___ / ___　　Is this determined to be of an emergency nature?　　☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ | ___ / ___ / ___ |
|---|---|
| Chief Administrative Officer's Signature | Date |

I explained to them what ellipsis points was and even brought a book explaining it to them. I stated that I only wrote for manuscripts guide lines and that the letter didn't say anything about me having a book, let alone try to make some type of business deals. I let them know that I didn't violate 309-Business Ventures because I didn't try to go into no contractual agreement.

The white shirt stated "so you didn't have no five point stars or nothing in there." "I stated "no, you have the letter you can read it for yourself." The adjustment committee was under the impression that it was a gang kite.

The white shirt looked at the other individual (Cheverne Clemons) and asked him did he have the letter, and he responded "no, you don't have it?" He looked through the papers and said "no I don't have it."

They told me, "Well Stone, you can go back to your house, you will hear something back from us through the mail.

I made it back to the cell house and went to yard and I was called back to Operation Fifteen minutes later. When I walked in, the C/O asked me was I Stone I answered "yes" and he told me I'm going to segregation.

To make a long story short, all grievances I filed on this issue have mysteriously came up missing, the last counselor (████████) who I dealt with before about not returning my grievances on my property never returned none of my request.

I wrote I.A pertaining to the shake down slip that was never given to me and a copy of the letter that was never presented at the adjustment committee but never got a response.

I have the Right to Present Documentary evidence and for Documentary evidence to be presented to me and that right was denied when they found me guilty on all charges by putting words in my mouth and also in my letter.

Along with the presentation of witnesses's testimony, it is to be accepted that an inmate has the right in disciplinary proceedings, subject to the usual caveats, to present Documentary evidence favorable to his

defense (Inmates Rights 9.20) and where an inmate
seeks access to relevant and important documents
central to his case, and his requests are repeatedly denied
then he should be furnished with some explanation
of the reasons for the denial. Smith v. Massachusetts
Dept of correction, 936 F2d 1390 (1st Cir 1991)
However, the burden of proving the rationality of
the denial is upon the prison officials. Kingsley v.
Bureau of Prisons 937 F2d 26 (2d Cir 1991).
I still have not been given that right

· Relief Requested: remedy Hrs. I would also like to
be compensated for being placed in segregation without
due process.

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

| Date: | Offender: (Please Print) | ID#: |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____  
              Date of Report             Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Relief Requested: _____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ R-18027    7, 1, 16  
     Offender's Signature           ID#          Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____    _____    ____/____/____  
Print Counselor's Name      Counselor's Signature      Date of Response

| **EMERGENCY REVIEW** |
|---|

Date Received: ____/____/____    Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance  
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ____/____/____  
Chief Administrative Officer's Signature      Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

Exhibit "D"

| Date: 10/13/16 | Offender: (Please Print) Michael Stone | ID#: R-18027 |
|---|---|---|

| Present Facility: Illinois River C.C. | Facility where grievance issue occurred: Illinois River C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____ / _____ / _____
      Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I filed a grievance on 7/1/16 on a letter that was taken from me and placed me in segregation for two months. The letter was never presented at the hearing nor was I given a shake down slip for it. Since I filed that grievance on 7/1/16 I have not heard anything back, it's been over three months.

**Relief Requested:** I would like my grievance returned with a response. I would like a shake down slip for my letter and a copy of the letter that was not presented at the hearing. I would like both grievances returned with a response.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _signature_ | R-18027 | 10/13/16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: _____ / _____ / _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| _____ | _____ | _____ / _____ / _____ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ | _____ / _____ / _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

4A52

## Administrative Review Board
## Return of Grievance or Correspondence

Exhibit "E"

Offender: _Stone_ _Michael_ MI _R18027_ ID#
          Last Name    First Name

Facility: _IL River_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _____ or ☒ Correspondence: Dated: _3/4/15_

Received: _3/9/15_ Regarding: _Personal Property - Tennis Shoes_
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- [ ] Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- [ ] Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- [ ] Provide dates of disciplinary reports and facility where incidents occurred.
- [ ] Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL   62794-9277

**Misdirected:**

- [ ] Contact your correctional counselor regarding this issue.
- [ ] Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- [ ] Contact the Record Office with your request or to provide additional information.
- [ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- [ ] Address concerns to:  Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL   62706

**No further redress:**

- [ ] Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- [ ] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- [ ] This office previously addressed this issue on _____
  Date
- [x] No justification provided for additional consideration.

Other (specify): _Failure to comply with DR 504.510 4/0_
_grievance attached. Will not be reviewed_

Completed by: Leslie McCarty _Leslie McCarty_ _3/20/15_
              Print Name        Signature        Date

Distribution:  Offender
               Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.4/2013)

Exhibit E

Peace, ~~H Jh____~~ To when this may concern      3/4/15

RECEIVED
MAR 09 2015
ADMINISTRATIVE
REVIEW BOARD

Peace is a universal greeting coming out of love because with out love there is no peace or could never be peace.

I am writing pertaining to my pair of Air Force Ones gym shoes that was taken out of my box during my transfer here.

To give you a brief history of everything that unfolded with me dealing with this issue; I came down here at IR on the said date of 12/10/14 and when I was called to get my property on the 12th of that same month I was told that my Big Box was sent to another institution and I had to wait until it catch up the following week.

My big box made it here (IR) on the 18th of the same month and I was called the following day (19th). When I opened my box the first thing I noticed was that my brand new pair of Air Force Ones was missing; I told the personal property officer which was C/O Perkins and he said, "what do you want me to do? You have to file a grievance on it." Which is what I did the very same day. Attached to that grievance was the yellow inventory slips that showed that my gym shoes was in my box here on "catch up." From Danville

e.c. my shoes was gone.

The Grievance officer sent me a memo along with my grievance on 12/26/14 stating," The attached is being returned for the reason(s) listed below: other: Attach the original issuance you received prior to "catch up."

I took the yellow slips off the grievance and attached the original ones I received, which was the pink sheets. I stapled them to the grievance and turned it back in that same day.

When I was moved to 1-house I talked to counselor Wise about my grievance and he told me there is nothing in the computer about it and write another one turn it in to him and he would check into it. I wrote another grievance and this time I attached a copy of my receipt when I purchased the pair of "Air Force Ones". C/O Munson came to my cell and asked to see my gym shoes, I showed him the pair of gym shoes that I came down here with on my feet which was "Nike Flights" not "Air Force Ones". I also showed him my boots which was in my box along with the "Air Force Ones", when my property was packed.

I received my grievance back with the counselor's response stating, " C/O Munson searched inmate's cell and found the 1 pair of gym shoes

Exhibit E

RECEIVED
MAR 0 9 2015
ADMINISTRATIVE
REVIEW BOARD

that Hill C.C. listed on property sheets."

I filed another grievance and attached the second grievance that the counselor told me to write with it, to send to the grievance officer and placed it back into the mail to send to the grievance officer and placed it back into the mail. The relief I asked in the third grievance was not only to be reimburse for my shoes but also for my paper work to be sent back to me along with the first grievance so I may have the paper work to file in further proceedings (springfield) if I had to.

On 1/5/15 the grievance officer sent me a memo, he did not send me none of my paper work back just the memo stating that, "the attached is being returned for the reason(s) listed below: Other: C/o Monson searched inmate's cell and found the 1 pair of gym shoes that Hill C.C. listed on property sheets."

I filed a fourth grievance on that same day (1/5/15) explaining that the shoes that I showed C/o Monson are not "Air Force Ones" they are "Nike Air Flights" which are the shoes I came down here with on my feet and that the language that C/o Monson used as "Found the shoes" as if I was hiding or trying to hide the "Air Force Ones" that I didn't have so I could get over. I asked

in the relief that if somebody else investigate this matter because it appeared that I was not going to get a just process, for my paper work to be returned to me again and that I be reimburse for my shoes.

I was called to IA (operation) and I showed them my paper work and my receipt for my "Air Force Ones". They took my receipt and made a copy of I told the %I was called from the barber shop to come over there and could I bring the gym shoes "Flights" that % Munson said he found so I could verify that they are not "Air Force Ones" and the female % said, "I wouldn't worry about that because your paper work shows your shoes was in your box when you left Hill and that they was gone when it got here."

I didn't get any response back from IA nor did I get my grievances or paper work back from the grievance officers.

I explained the situation to my family members and asked them to call up here and explain the situation to the warden, which they did and on 2/20/15 % Greve and % Bucci came to my cell and took my "Air Nike Flights" and left, he returned them later.

That same day I got a memo from the Assistant Warden of Operations Justin Hammers

Exhibit E

MAR 0 9 2015

**ADMINISTRATIVE**
**REVIEW BOARD**

stating that, "On February 20, 2015, the cell was searched again and the "Nike Air Force Ones" tennis shoes were again found" and "this matter is concluded".

Again, base on the mistaken decision of staff members that the shoes that I came down here with on my feet are "Air Force Ones", I have appeared that I have lied, and some how trying to get over, my grievances are not being sent back to me, my issue is getting shot down all because of this mistaken decision that the shoes I came down here with on my feet are "Air Force Ones."

On 2/21/15 I showed c/o Grove my shoes, the same shoes that they took, along with some "Air Force Ones" that another brother was wearing on his feet and he seen the difference. He let me know to talk to him monday and he would call somebody for me.

Monday came and I seen the counselor Heffren, c/o Bucci and c/o Grove was there to verify that the shoes that I had on my feet "Air Nike Flights" was the shoes they took out my cell. so I asked the brother who had the "Air Force Ones" to show the counselor, as I showed him the "Air Nike Flights" so know it is understood that to the counselor, c/o Grove and c/o Bucci

ADMINISTRATIVE
REVIEW BOARD

that the shoes on my feet are not "Air Force Ones".

Now Counselor Heffren flipped the issue from my "Air Force Ones" to the shoes on my feet "Flights". Now its about the shoes I have on and he forced to tell me that they mark the shoes down that you have on your feet when you transfer. So he is basically trying to make it appear that the shoes I had on my feet are the shoes they marked down on my paper, clearly ignoring my inventory box sheet and making the mistaken conclusion that they inventory the clothes and shoes you have on your person and write them down, they have never did that in any joint or institution because they don't do that.

I put in a request in to be interview by the Ass. Warden of Operation Justin Hammers 2/20/15 and I got it back on 2/23/15 stating "Grievance will review this issue", it didn't have his Print Staff name or Staff signature on it.

I received a counseling summary today (2/24/15) and counselor Heffren stated, "Advised I/M that his GRV has been investigated and processed. Still CC showed I/M possessed only 1 pair of gym shoes not 2 pair, when staff searched I/M's cell, 1 pair of shoes was found. I/M claimes that he bought 2 pairs of gym shoes, AF1 and Flights, but only has proof of the AF1 shoes that are claimed

Exhibit "E"

MAR 0 9 2015

## ADMINISTRATIVE
## REVIEW BOARD

to be missing. The Flights were found and show that
he only processed 1 pair of shoes, which is only on
property paper work... 1 pair... moot issue"

The language in this summary is mis-
leading and from the beginning of this process
my words have been distorted which I believe is
the reason why none of my grievances have been
returned to me from the grievance officer and
why I am not actually being quoted in these
decisions.

These are the facts:

1. Counselor Heffren failed to mention that the
shoes that Hill C.C. marked on the inventory sheet
is the shoes that was placed inside my big box,
that is what the inventory sheet was for, what
was in my big box not on my person. He completely
ignored that.

2. They do not make an inventory for what you
have on your person, no institution does that.

3. Hill C.C. showed that I possessed only 1 pair
of gym shoes in my box, this is proved by all
the other things that was marked on the inventory
sheet.

4. Along with my gym shoes was my boots that
was in my box, which makes two pair of foot wear.
What did I come down here with on my feet?

5. The inventory sheet that they marked here at IR shows that there was no gym shoes in my box.

I put in a request in to be interview by the Ass. Warden of Operations Justin Hammers on 2/20/15 and I got it back on 2/23/15 stating "Grievance will review this issue", it didn't have his Print staff name or staff signature on it.

All I ask is for a just process, if I can't get it here, all I ask is that all my paper work (grievances) be returned to me so I can proceed with further remedies, to be reimburse.

Thank you for taking the time out to read my honest request. Until mind detect mind again, I leave as I came........

Peace!

P.S                                              Michael Stene

Enclosed along with letter is:              R-18027

1. Inventory sheet from Hill C.C. and        4-C-30
Illinois River C.C.

2. Counselor's Heffren, Jeff A's counseling Summary

3. Memo from Assistant Warden of Operations
Justin Hammers

4. two Memos from IRCC Grievance officer and;

5. Request slip to Justin Hammers, also

6. Catch up slip that was attached to my box

7. First shaker down slip that was given to close C TA

*5BI* *Exhibit "E"*

## M E M O R A N D U M

GRIEVANCE #14- xxx

DATE:        12/26/14

TO:          Stone                    #R18027

FROM:        IRCC GRIEVANCE OFFICER

SUBJECT:     PP/shoes

Date Received:        12/26/14

**RECEIVED**

MAR 0 9 2015

ADMINISTRATIVE
REVIEW BOARD

The attached is being returned for the reason(s) listed below:

_____Contact your correctional counselor.

_____Use proper Committed Person's Grievance Report Form (DOC 0046).

_____Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

_____Forward grievance direct to the Administrative Review Board (involves transfer denial by the TCO, protective custody, enforced medication, disciplinary reports from other facilities, decisions rendered by the Director, etc.).

_____Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

_____Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____Illegible copy submitted – submit legible copy for consideration.

_____Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

_____Issue has been previously addressed on _____ by grievance # _____. No justification for further consideration.

_____Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.).

_____SSC/MGT/SMGT is an administrative issue determined by the Warden and/or Director: Further consideration is not warranted.

Other: _____ attach the original property issueance you received prior to "catch up".

cc: Master File
    Grievance Officer File
    Form #36643

**M E M O R A N D U M**

GRIEVANCE #15- 0001

DATE:    1/26/15

TO:    STONE, MICHAEL    IRI-01-C -14    #R18027

FROM:    IRCC GRIEVANCE OFFICER

SUBJECT:    Personal Property / shoes

Date Received:    1/5/15

RECEIVED

MAR 0 9 2015

ADMINISTRATIVE
REVIEW BOARD

The attached is being returned for the reason(s) listed below:

_____Contact your correctional counselor.

_____Use proper Committed Person's Grievance Report Form (DOC 0046).

_____Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

_____Forward grievance direct to the Administrative Review Board (involves transfer denial by the TCO, protective custody, enforced medication, disciplinary reports from other facilities, decisions rendered by the Director, etc.).

_____Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

_____Unable to determine nature of grievance/correspondence.  Submit additional specific information.

_____Illegible copy submitted – submit legible copy for consideration.

_____Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

_____Issue has been previously addressed on _____ by grievance # _____.  No justification for further consideration.

_____Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.).

_____MGT/SMGT is an administrative issue determined by the Warden and/or Director:  Further consideration is not warranted.

Other: _____ CO Munson searched inmate's cell and found the 1 pair of gym shoes that Hill CC listed on property sheets. .

cc:  Master File
      Grievance Officer File
      Form #36643

Exhibit "E"

**Bruce Rauner**
Governor

# Illinois
Department of
# Corrections

**S. A. Godinez**
Acting Director

Illinois River Correctional Center / P.O. Box 999 / 1300 W. Locust / Canton, IL  61520 / Telephone: (309) 647-7030
FAX: (309) 647-4246 / TDD: (800) 526-0844

## M E M O R A N D U M

Date:        February 20, 2015

To:          Offender Michael Stone, R18027, R4-C-30

From:        Justin Hammers
             Assistant Warden of Operations

Subject:     Offender Request

RECEIVED
MAR 0 9 2015
ADMINISTRATIVE
REVIEW BOARD

A telephone call was received from a family member regarding tennis shoes.  A review of this matter has been conducted.  The following information is provided:

1. On 12/10/14, you were transferred to IRCC.
2. On 12/10/14 and 12/18/14, you went to Personal Property Dept. Each time you signed the Offender Personal Property Inventory forms stating "I hereby certify that the personal property inventory sheets that I am signing contain a true and complete list of my personal property".
3. On January 28, 2015, you were sent a Memo from the Grievance Officer resolving Grievance No. 15-0001.  Security staff performed a search and the pair of Nike Air Force tennis shoes were found.
4. On February 20, 2015, the cell was searched again and the Nike Air Force tennis shoes were again found.
5. This matter is concluded.

JH/hm

Exhibit "E"

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R18027 | **Counseling Date** | 02/24/15 09:31:44:397 |
| **Offender Name** | STONE, MICHAEL | **Type** | Personal |
| **Current Admit Date** | 12/24/2002 | **Method** | Face To Face |
| **MSR Date** | 08/29/2029 | **Location** | IRI    HOUSING UNIT 4 |
| **HSE/GAL/CELL** | R4-C -30 | **Staff** | HEFFREN, JEFF A., Correctional Counselor II |

Advised I/M that his GRV has been investigated and processed, Hill CC showed I/M possessed only 1 pair of gym shoes not 2 pair, when staff searched I/M's cell, 1 pair of shoes was found. I/M claimes that he bought 2 pairs of gym shoes, AF1 and Flights, but only has proof of the AF1 shoes that are claimed to be missing. The flights were found and show that he only processed 1 pair of shoes, which is only on property paper work...1 pair....moot issue.

RECEIVED

MAR 0 9 2015

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Request

Offender Name: Michael Stone ID #: R48027 Living Unit: 4- C-30

Job Assignment: _____ Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Assistant Warden of Operations Justin Hammers

I request ☑ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): Showing you my shoes that the %'s keep mistakely identifying as "Air Force Ones" when they are not, clearly. Thank you!

Offender's Signature _____    Date 2/20/15

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary): Grievance will review this issue

Remarks by supervisor (if necessary): _____

Print Staff Name _____    Print Supervisor Name _____

Staff Signature _____ Date _____    Supervisor Signature _____ Date _____

Distribution: Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

**Print Date** 2/24/2015

**Offender Disciplinary Report**

| Type of Report: | | IRCC | Date: 8//2015 |
|---|---|---|---|
| ☒ Disciplinary | ☐ Investigative | Facility: | Exhibit "F" |

Offender Name:  STONE, MICHAEL          ID #:  R18027

Observation Date: 8/7/2015   Approximate Time:  12:45   ☐ a.m. ☒ p.m.   Location:  BARBER SHOP

**Offense(s): DR 504:**    205-Security Threat Group or Unauthorized Organizational Activity, 303-Giving False Information To An Employee and 601-Attempting, Solicitation (309-Business Ventures).

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approx. time INTEL conducted a shakedown of the BARBER SHOP. During the shakedown Intel found that Offender STONE, MICHAEL R18027 had in his possession. This note did not have an envelope nor did it address any particular person in it. Offender STONE did state however that he was the author of this note. The note in part stated that he had been locked up for sixteen years and how he learned to write during his incarceration. It also stated in part that he had been writing a book and was requesting any information helping to get his book published. In ending the note stated "I leave as I came" followed by nine (9) dots. During his interview with Intel Offender STONE admitted to being the author of the note. When Offender STONE was asked why he placed STG references when ending the note, he denied (CONT)

Witness(es): _____

☒ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| C/O S. DONELSON | 10345 | C/O | 8/8/2015 | 8:00 | ☒ a.m. ☐ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge # _____   Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)   Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

MAJOR BERDNER #598    _____    8-8-15
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____    10881    _____    8-8-15
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

---

Use the space below to provide any additional information.

he denied the ending contained any references that is affiliated to any STG.

Offender STONE is a validated member of the STG-BLACK P-STONE NATION and in their literature the STG-BPS have the five (5) points under the five (5) Point Star, which the points are references of LOVE, TRUTH, PEACE, FREEDOM and JUSTICE. Also it is a known fact throughout the STG-BPS that when members of the STG-BPS end their notes or letters to one another using the phrase "I leave as I came" followed by the nine (9) dots which is the known symbol for nine (9) words used in their literature "In The Signs Of Love, Truth, Peace, and Freedom and Justice". During this investigation Intel has substantiated that not only did Offender STONE provide false information during his interview but also according to the note/letter it was written seeking information on how to get his book published, which would provide monetary gain. Also Intel has provided the proof needed to substantiate that Offender STONE was making STG (Security Threat Group) references contained in his note/letter warranting the charge of 205-Security Threat Group Or Unauthorized Organizational Activity. Offender STONE was positively identified utilizing his stated issued I.D. provided to him by B of I.   End of Report

### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | |
|---|---|---|
| Name: STONE, MICHAEL | IDOC Number: R18027 | Race: BLK |
| Hearing Date/Time: 8/14/2015 11:58 AM | Living Unit: IRI-S-01-10 | Orientation Status: N/A |
| Incident Number: 201501539/1 - IRI | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 8/7/2015 | 201501539/1-IRI | DONELSON, SHANE R | BARBER SHOP | 12:45 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 205 | Gang Or Unauthorized Organization Activity | Guilty |
| | Comments:STG - PStone Nation | |
| 303 | Giving False Information To An Employee | Guilty |
| | Comments:denied STG reference | |
| 601.Attempt/309 | Petitions, Postings & Business Ventures | Guilty |
| | Comments:trying to get a book published | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
I/M present and charges were read. I/M pled not guilty. I/M stated that he was just trying to get information on how to get a book published. He further stated that he was not trying to enter into any contractual obligation.

## BASIS FOR DECISION
I/M false statements - stated he wasn't an acknowledged Black P Stone, letter found on him. I/M's admission in the letter and Intel knowledge of the incident.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

Basis for Discipline:Nature of Offense

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| BOTTRELL, ANDREW D - Chair Person | *[signature]* | 08/14/15 | WHI |
| CLEMONS, LEVORNE | *[signature]* | 08/14/15 | BLK |

Recommended Action Approved

## Final Comments: N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: STONE, MICHAEL     IDOC Number: R18027     Race: BLK

Hearing Date/Time: 8/14/2015  11:58 AM     Living Unit: IRI-S-01-10     Orientation Status: N/A

Incident Number: 201501539/1 - IRI     Status: Final

---

Justin H—

~~GREGORY J GOSSETT~~ / JH  8/19/2015        _Just H—_        08/19/15

Chief Administrative Officer        Signature        Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person        9/2/15  3:2     When Served - - Date and Time

Exhibit "H"

# A F F I D A V I T

I Nathan Tschetter, swear or affirm under the penalty of perjury that the following statement is accurate and true to the best of my knowledge (28 U.S.C. Section 1746; 18 U.S.C Section 1621).

1) That I am a resident at Illinois River Correctional Center;

2) That i experience an ordeal which led me to file a grievance; and

3) That I never receive a response from that grievance. That when I inquired about my grievance I did not receive a response. That when I demanded a response from my grievance pass the 60 days I still didn't get a response.

1st_____

# M40166

2-27-2017
Date

Exhibit "I"

# AFFIDAVIT

I Sidney Williams, swear or affirm under the penalty of perjury that the following statement is accurate and true to the best of my knowledge (28 U.S.C. Section 1746; 18 U.S.C Section 1621).

1) That I am a resident at Illinois River Correctional Center;

2) That I experience an ordeal which led me to file a grievance; and

3) That I never receive a response from that grievance. That when I inquired about my grievance I did not receive a response. That when I demanded a response from my grievance pass the 60 days I still didn't get a response.

2-27-17
Date

/s/ Sidney William
# R06946

Exhibit "J"

# AFFIDAVIT

I _Hassan Butler_, swear or affirm under the penalty of perjury that the following statement is accurate and true to the best of my knowledge (28 U.S.C. Section 1746; 18 U.S.C. Section 1621).

1) That I am a resident at Illinois River Correctional Center;

2) That I experience an ordeal which led me to file a grievance; and

3) That I never receive a response from that grievance. That when I inquired about my grievance I did not receive a response. That when I demanded a response from my grievance pass the 60 days I still didn't get a response.

                    /s/ _Hassan Butler_
                        #K80816

                    _____
                          Date

Michael Stone
R-18027
Illinois River C.C.
P.O. Box 999
Canton, IL 61520



neopost
03/17/2017
US POSTAGE
FIRST-CLASS MAIL
$04.29⁰

ZIP 61520
041L11240050



UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9011 5981 8870 5088 74

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Office Of The Clerk
100 NE Monroe St suite 309
Peoria IL 61602